**CRIMINAL CAUSE FOR FORFEITURE HEARING**

**BEFORE JUDGE: HURLEY, J.**   **DATE: DECEMBER 18, 2009**   **TIME: 3:15- 4:15 PM**
**DOCKET NUMBER: CR-02-1213**        **USA   V.   SEJOUR, ET. AL.**

FOR PETITIONER, ENOUSE PIERRE
   **ATTY FOR DEFT.: JENNIFER AJAH**
      **X**   PRESENT,      NOT PRESENT


**A.U.S.A.: VINCENT LIPARI**
**DEPUTY CLERK:     TRISHA BEST**
**COURT REPORTER(S) OR ESR OPERATOR: STEPHANIE PICOZZI**
PROBATION:
INTERPRETER:

CASE CALLED FOR HEARING ON DOC # 422:THIRD - PARTY PETITION TO SET ASIDE FORFEITURE OF BANK ACCOUNT ASSETS.

FOR THE REASONS STATED ON THE RECORD, THE COURT DENIES THE PETITION AS TIME-BARRED.